SO ORDERED,



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: CHRISTOPHER LEWIS**                              **CHAPTER 13**

**DEBTOR**                                                **CASE NO.: 22-13369 JDW**

**ORDER GRANTING MOTION FOR**
**ALLOWANCE OF ATTORNEY FEES [DKT. NO. 33]**

**THIS CAUSE** came before the Court upon the Motion for Compensation filed by Debtor's Counsel [Dkt. #33 ], and no response having been filed by the deadline set by the Court, the motion is due to be granted.

It is therefore, **ORDERED** that Debtor's counsel is entitled to compensation in the amount of $3,163.00.00 from the funds on hand held by the Trustee.

##ENDOFORDER##

SUBMITTED BY:

ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
662-252-3224 /robert@northmsbankruptcy.com
ATTORNEY FOR DEBTOR